UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>  Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES dba 99 CENTS ONLY STORES #126; BRIXMOR MONTEBELLO PLAZA, LP,<br><br>  Defendants. | Case No. 2:13-cv-06103-CAS-MRW<br><br>[Proposed] ORDER RE: JOINT STIPULATION FOR DISMISSAL |

  Upon consideration of the Joint Stipulation for Dismissal submitted by the parties in this matter,

  IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: December 30, 2013

*Christina A. Snyder*
United States District Judge